**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| FLAGSTAR BANK, FSB, | : No. 325 MAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| HEPHZIBAH RANI S. TAGARAM AND | : |
| RAVI BANKA, | : |
| | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.